Date of Arrest: 09/08

# United States District Court
## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, Vs. Ruben Dario ZAMBADA-Hernandez AKA: None Known 201034470 YOB: 1978 Citizen of: Mexico Defendant | Magistrate Case No.   17-1698MJ  COMPLAINT FOR VIOLATION OF  Title 8, United States Code, Section 1326(a) Re-Entry After Deport |

The undersigned complainant being duly sworn states:

### COUNT 1

That on or about September 8, 2017, Defendant Ruben Dario ZAMBADA-Hernandez, an alien, was found in the United States at or near Wellton, Arizona within the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States to Mexico through the port of San Luis, Arizona on or about May 26, 2016. The Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a) (Felony).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Reviewed by AUSA Josh Kolsrud

Douglas Choi for
Signature of Complainant
Roger Keller Jr
BORDER PATROL AGENT

Sworn to before me and subscribed ~~in my presence,~~ telephonically

September 11, 2017          at   Yuma, Arizona
Date                              City and State

Michelle H. Burns, United States Magistrate Judge
Name & Title of Judicial Officer        Signature of Judicial Officer

-1-

UNITED STATES OF AMERICA,

Vs.

Ruben Dario ZAMBADA-Hernandez
AKA: None Known
201034470

## STATEMENT OF FACTUAL BASIS

The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about September 8, 2017, near Wellton, Arizona. Questioning of the Defendant by agents revealed that the Defendant is a citizen of Mexico, and was not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed at or near Wellton, Arizona on or about March 12, 2011. The Defendant was most recently removed on or about May 26, 2016, through the port of San Luis, Arizona.

Agents determined that on or about September 5, 2017, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

Signature of Complainant

Sworn to before me and subscribed ~~in my presence,~~ telephonically

September 11, 2017
Date

Signature of Judicial Officer

-2-

## *Probable Cause Statement*

I, BORDER PATROL AGENT Roger Keller Jr, declare under penalty of perjury, the following is true and correct:

Defendant:          Ruben Dario ZAMBADA-Hernandez

Dependents:         6 MEXICO, 1 US

IMMIGRATION HISTORY: The Defendant is an illegal alien and has been apprehended by the United States Border Patrol on four (4) previous occasions. The Defendant has been removed a total of three (3) times.

### CRIMINAL HISTORY:

| DATE | LOCATION | OFFENSE | DISPOSITION |
|---|---|---|---|
| 03/17/2016 | Yuma, Arizona | 8 USC 1325 | 100 Days Jail |
| 06/16/2015 | Yuma, Arizona | 8 USC 1325 | 60 Days Jail |
| 03/14/2011 | Yuma, Arizona | 8 USC 1325 | 15 Days Jail |

Narrative: The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about September 8, 2017, near Wellton, Arizona. Questioning of the Defendant by agents revealed that the Defendant is a citizen of Mexico, and was not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed at or near Wellton, Arizona on or about March 12, 2011. The Defendant was most recently removed on or about May 26, 2016, through the port of San Luis, Arizona.

Agents determined that on or about September 5, 2017, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

Executed on: September 09, 2017         Time: 07:26 AM MST

Signed: Roger Keller Jr, BORDER PATROL AGENT